### Amos ELLIOTT, Appellant, v. STATE, Appellee.

No. 22680.

Court of Criminal Appeals of Texas.

Oct. 13, 1943.

No counsel for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for robbery by assault. The punishment assessed is confinement in the state penitentiary for a period of fifteen years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing the same. The request is granted and the appeal is dismissed.

### PER CURIAM.

The foregoing opinion by the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.